**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**v.**                      **CASE NO. 4:13CR00222 BSM**

**BRYAN STEVENS**                                                      **DEFENDANT**

## ORDER

Defendant Bryan Stevens's motion for competency examination and for insanity determination [Doc. No. 24] was granted on January 26, 2015, and Stevens has now been designated to FCI Englewood, Littleton, Colorado for the examination. Accordingly, the United States Marshal is directed to transport Stevens to FCI Englewood. Transportation time in excess of ten (10) days from today is presumed unreasonable under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(H).

Pursuant to 18 U.S.C. § 4247(b) and (c), Stevens is committed to the custody of the Attorney General, or his authorized representative, for a period not to exceed forty-five (45) days, excluding any time consumed by transportation, for psychiatric or psychological examination under 18 U.S.C. § 4242. The facility conducting the examination will file the report and provide copies to defense counsel and the government.

Any party who requests a hearing regarding any issues in the report or who opposes the report must file a motion for hearing or a motion in opposition within eleven (11) days from the date the examination report is received by the court. Any such motion shall include a concise statement of opposition to the report and a list of supporting authorities.

If no motions are filed within eleven (11) days, the report will be adopted or rejected, and the period of excludable delay will end in accord with 18 U.S.C. § 3161(h)(1)(A). Stevens is ordered to report to the U.S. Marshal Service by 12:00 p.m. Tuesday, February 3, 2015.

IT IS SO ORDERED this 2nd day of February 2015.

_____
UNITED STATES DISTRICT JUDGE