# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              4:13CR00222 BSM

BRYAN A. STEVENS

## ORDER

For the reasons stated at the conclusion of the July 14, 2015 Revocation Hearing, the Government's Motion to Revoke Pretrial Release (*doc. 31*) is DENIED.

Defendant's Conditions of Release are MODIFIED to require him to participate in: (1) weekly outpatient drug treatment; and (2) mental health counseling as deemed necessary by his PTSO.

IT IS SO ORDERED this 14th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE