**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                            **CASE NO. 4:13CR00222-01 BSM**

**BRYAN STEVENS**                                                                              **DEFENDANT**

**AMENDED JUDGMENT & COMMITMENT ORDER**

Pursuant to the parties' joint notice regarding restitution [Doc. No. 62] the April 18, 2016, judgment and commitment order [Doc. No. 60] is hereby amended to reflect that the total restitution amount owed by Bryan Stevens is $2,000. Such sum is to be divided equally between both victims, $1,000 to be paid to the Marsh Law Firm on behalf of victim 1 and $1,000 to Carol Hepburn on behalf of victim 2. All other conditions contained in the original judgment and commitment remain in full force and effect.

The clerk shall provide a copy of this order to the United States Probation Office.

IT IS SO ORDERED this 25th day of May 2016.

_____
UNITED STATES DISTRICT JUDGE